U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP - 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **OMAR MUHAMMAD a/k/a OMAR ROBINSON** | : | **CIVIL ACTION NO. 08-cv-607** |
| VS. | : | JUDGE MINALDI |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's petition for writ of habeas corpus be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5 day of Sept, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE